US DISTRICT COURT
Central District of Illinois

Michael Hari, Petitioner

v.

Sonny Perdue, et al.
Defendants

Case #: 18-CV-02059-CSB-EIL

## Motion to Reconsider

Now comes the Plaintiff, Michael Hari, and for his Motion to Reconsider states as follows:

1. That on 2/15/18 the Court denied Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit.

2. That on 3/18/18 the Plaintiff's circumstances, financial and otherwise, radically changed when he was arrested by the FBI and Plaintiff is currently being held in custody by the U.S. Government in the Kankakee County Jail.

3. That this has dramatically reduced the Plaintiff's income and future prospects of income.

4. That as a result, the Plaintiff cannot afford to pay the $400 filing fee.

Therefore, the Plaintiff prays this court reconsider the decision of 2/15/18 and permit Plaintiff to proceed in Forma Pauperis. Further Plaintiff prayeth not.

Michael Hari, Pro Se

ADDRESS:
Michael Hari, 490772
Jerome Combs Detention Center
3050 Justice Way
Kankakee IL 60901